# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-12409-ELF

KRISTIE L MURPHY

1652 FARMINGTON AVENUE

POTTSTOWN, PA 19464-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KRISTIE L MURPHY

    1652 FARMINGTON AVENUE

    POTTSTOWN, PA 19464-

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

                                                             /S/ William C. Miller

Date: 7/3/2019                                      _____

                                                           William C. Miller, Esquire
                                                           Chapter 13 Standing Trustee