## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Kristie L. Murphy, | : | Chapter 13 |
| Debtor | : | Case No.:  19-12409-elf |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed August 22, 2019 was forwarded to the following parties, as follows:

*Via Electronic Filing (ECF) on August 22, 2019:*

William Edward Craig, Esquire on behalf of Santander Consumer USA Inc.
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Kevin G. McDonald on behalf of MidFirst Bank
bkgroup@kmllawgroup.com

James Randolph Wood, Esquire on behalf of Township of Upper Pottsgrove
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                 **ROSS, QUINN & PLOPPERT, P.C.**

            By:  */s/ Joseph Quinn*
                Joseph Quinn, Esquire
                Attorney I.D. No. 307467
                192 S. Hanover Street, Suite 101
                Pottstown, PA 19464
                T: 610.323.5300
                F: 610.323.6081
                jquinn@rqplaw.com
Date: <u>August 22, 2019</u>      Counsel for Debtor