IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KRISTIE L. MURPHY<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party** | )<br>) Case No.: 19-12409 (ELF)<br>) |
| v. | )<br>) |
| KRISTIE L. MURPHY<br>**Respondent(s)** | )<br>)<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>)<br>)<br>)<br>) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Objection To Confirmation, and filed on or about August 28, 2019 in the above matter (Doc. # 30) is **APPROVED**.

Dated: 8/30/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**