**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kristie L. Murphy fka Kristie L Myers<br>Debtor(s) | |
| MIDFIRST BANK<br>v.<br>Kristie L. Murphy fka Kristie L Myers<br>and<br>William C. Miller Esq.<br>Trustee | Chapter 13<br><br>NO. 19-12409 ELF |

## ORDER

AND NOW, this  16th  day of  January    , 2020 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on    it is **ORDERED**  that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1652 Farmington Avenue Pottstown, PA 19454.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

Kristie L. Murphy fka Kristie L Myers
1652 Farmington Avenue
Pottstown, PA 19464

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Joseph L. Quinn
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532