THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Kristie L. Murphy, | : | Chapter 13 |
| Debtor | : | No. : 19-12409-elf |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Amended Notice of Motion has been served upon the following by the means stated:

*Via Electronic Filing (ECF) on September 28, 2020:*

William Edward Craig on behalf of Santander Consumer USA Inc.
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

Rebecca Ann Solarz on behalf of Midfirst Bank
bkgroup@kmllawgroup.com

Kevin G. McDonald on behalf of Midfirst Bank
bkgroup@kmllawgroup.com

James Randolph Wood on behalf of Township of Upper Pottsgrove
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class United States Mail on September 28, 2020:*

All other creditors on the mailing matrix not noticed by way of ECF.

                                             **ROSS, QUINN & PLOPPERT, P.C.**

                                             By: */s/ Joseph Quinn*
                                                  Joseph Quinn, Esquire
                                                  Attorney I.D. 307467
                                                  Ross, Quinn & Ploppert, P.C.
                                                  192 S. Hanover Street, Suite 101
                                                  Pottstown, PA  19464
                                                  Ph: (610) 323-5300
                                                  F:   (610) 323-6081

Dated: September 28, 2020