# Exhibit A

# PADDICK LAW OFFICE

1442 Pottstown Pike, #312  
West Chester, PA 19380  
(610) 993-2111  
Fax: (610) 673-0555  
Email: rpaddick@paddicklaw.com

VIA EMAIL jquinn@rqplaw.com

July 6, 2022

Joseph Quinn, Esquire  
192 S. Hanover Street, Suite 101  
Pottstown, PA 19464

**RE: PROPOSED DISTRIBUTION**  
  **SETTLEMENT PROCEEDS v. MILROY ENTERPRISES, ET AL**

Dear Mr. Quinn:

As you are aware I represented Mrs. Murphy regarding her personal injury case against Milroy Enterprises and other Defendants in Berks County at Docket # 18-2681. Due to her pain and suffering, she has had a gross recovery of $33,000.00.

The proposed distribution of her recovery is as follows:

| | |
|---|---|
| Gross Recovery | $ 33,000.00 |
| Attorney Fees Deducted: | $ 11,000.00 |
| Dr. William Keenan Lien Payments to Date | $ 1,500.00 |
| Prothonotary Fees | $ 430.50 |
| Sheriff Service & Deputized Service Fees | $ 447.99 |
| Transcript | $ 346.50 |
| Medical Records & Accident Report | $ 171.84 |
| Dr. William Keenan Lien Balance $8,167.66 (1/3 discount) | $ 5,445.11 |
| Net Amount to Kristie Murphy | $ 13,658.06 |

Please call or email with any questions or concerns.

Very truly yours,

Ryan M. Paddick, Esquire

cc: Kristie Murphy via email: kristiemonster@yahoo.com