IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kristie L. Murphy, | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 19-12409-elf |
| _____ | : | |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor-Movant Kristie L. Murphy, hereby certify that a true and correct copy of Debtor's Motion to Approve Settlement of the Personal Injury Claim was forwarded to the following parties, as follows:

***Via Electronic Filing (ECF) on July 25, 2022:***

William Edward Craig on behalf of Creditor Santander Consumer USA Inc.
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kevin G. McDonald on behalf of Creditor Midfirst Bank
bkgroup@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor Midfirst Bank
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

James Randolph Wood on behalf of Creditor Township of Upper Pottsgrove
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

***Via First Class US Mail on July 25, 2022:***

All creditors not otherwise notified by ECF on the mailing matrix.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
Joseph Quinn, Esquire
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com
Counsel for Debtor

Date: July 25, 2022