**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Kristie L. Murphy, | &#124; | Chapter 13 |
| Debtor(s) | &#124; | BK No. 19-12409-elf |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Kristie L. Murphy, Debtor in the above-captioned matter.

2. That a copy of the Motion to Approve a settlement between Debtor Kristie L. Murphy and Milroy Enterprises, et al. was served upon parties in interest on July 25, 2022.

3. That a Notice of Motion, along with a Certificate of Service, was filed with this Court on July 25, 2022 declaring service to the parties in interest.

4. A response to the Motion was due on or before August 15, 2022.

5. No response to said Motion has been received as of August 22, 2022.

                                        ROSS, QUINN & PLOPPERT, P.C.

                                        BY:    */s/ Joseph Quinn*
                                                      Joseph Quinn, Esquire
                                                      Attorney I.D. No. 307467
                                                      192 S. Hanover Street, Suite 101
                                                      Pottstown, PA  19464
                                                      T: (610) 323 - 5300
                                                      F: (610) 323 - 6081
Date: <u>August 22, 2022</u>                      JQuinn@rqplaw.com