THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Kristie L. Murphy,                    :        Chapter 13
        Debtor                                 :        Bankruptcy No.: 19-12409-elf
_____ :

## ORDER

AND NOW, upon the motion of Debtor Kristie L. Murphy to approve the settlement of the pre-peition personal injury claim docketed at the Berks County Court of Common Pleas docket no. 18-2681,

IT IS HEREBY **ORDERED** that the settlement of the claim for $33,000.00 is hereby **APPROVED**; and IT IS FURTHER **ORDERED** that distribution of settlement funds shall be as follows:

- $11,000.00 attorney fee to Paddick Law Office; and
- $2,896.83 in reimbursable expenses to Paddick Law Office; and
- $5,445.11 in final fees owed to Dr. William Keenan; and
- $166.91 to Chapter 13 Trustee Kenneth West; and
- $13,491.15 to Debtor Kristie L. Murphy for her exempt share.

Date: 8/23/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**