United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-12409-elf
Kristie L Murphy Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Aug 23, 2022     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristie L Murphy, 1652 Farmington Avenue, Pottstown, PA 19464-1306 |
| cr | + | Township of Upper Pottsgrove, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 23 2022 23:59:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 00:06:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

**Name**     **Email Address**

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Upper Pottsgrove jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOSEPH L QUINN
    on behalf of Debtor Kristie L Murphy CourtNotices@rqplaw.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 23, 2022 | Form ID: pdf900 | Total Noticed: 4 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 7

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kristie L. Murphy,  :  Chapter 13
        Debtor  :  Bankruptcy No.: 19-12409-elf
_____ :

## ORDER

AND NOW, upon the motion of Debtor Kristie L. Murphy to approve the settlement of the pre-peition personal injury claim docketed at the Berks County Court of Common Pleas docket no. 18-2681,

IT IS HEREBY **ORDERED** that the settlement of the claim for $33,000.00 is hereby **APPROVED**; and IT IS FURTHER **ORDERED** that distribution of settlement funds shall be as follows:

- $11,000.00 attorney fee to Paddick Law Office; and
- $2,896.83 in reimbursable expenses to Paddick Law Office; and
- $5,445.11 in final fees owed to Dr. William Keenan; and
- $166.91 to Chapter 13 Trustee Kenneth West; and
- $13,491.15 to Debtor Kristie L. Murphy for her exempt share.

Date: 8/23/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**